UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

WILLIAM JOSEPH LYNCH, JR.         CASE NO. 07-11233
                                               Chapter 7
    Debtor.

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

    Comes now, Mark A. Warsco, Trustee in the above-captioned bankruptcy proceeding, and submits this notice of deposit of unclaimed funds and states as follows:

    1.  That Mark A. Warsco is the duly appointed Trustee and as such holds funds of this estate, which should be distributed to creditors thereof.

    2.  The following distributions were made and the payments were not cashed within the ninety days.

| CLAIMANT | CHECK NO. | AMOUNT OF DISTRIBUTION |
|---|---|---|
| GreenPoint Mortgage | 3017 | $427.76 |

3. Ninety days has past since the distribution of the funds listed in paragraph 2 the Trustee has placed a stop payment on the funds and is depositing same with the U.S. Bankruptcy Clerk as unclaimed funds pursuant to FRBP 3011(a) and 11 U.S.C. §347(a).

4. Trustee believes it appropriate that the sum set forth in paragraph 2 be paid to the U.S. Bankruptcy Clerk for the use and benefit of the party set forth therein.

DATED: March 22, 2010

   /s/ Mark A. Warsco_____
Mark A. Warsco, Trustee
ROTHBERG LOGAN & WARSCO LLP
P.O. Box 11647
Fort Wayne, IN 46859-1647
(260) 469-0256
bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document has been served on the following parties by deposit in the U.S. Mail, postage prepaid or electronically via ECF system, this 22nd day of March, 2010:

Office of U.S. Trustee
USTPRegion10.SO.ECF@usdoj.gov

GreenPoint Mortgage Funding, Inc.
9095 Rio San Diego Drive
Rio Vista Plaza III
San Diego, CA 92108

Robert L. Nicholson
rln@beckmanlawson.com

   /s/ Tiffany Wehner_____
Tiffany Wehner, Legal Assistant